CLERK'S OFFICE U.S. DIST. COURT

SEP 07 2011

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DANNY ALLEN FLORIA, SR.,** | ) | CASE NO. 7:11CV00382 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER** |
| vs. | ) | |
| | ) | |
| **FRANKLIN COUNTY JAIL, ET AL.,** | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1367(c), and this action is stricken from the active docket of the court.

ENTER: This 7th day of September, 2011.

_/s/ James C. Turk_
Senior United States District Judge